[No. 54789-5-I. Division One. April 25, 2005.]

JUDITH L. POWERS, *Appellant*, v. HOLLINGER FAMILY PROPERTIES, L.L.C., *Respondent*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 03-2-01507-1, Steven J. Mura, J., entered July 29, 2004. *Affirmed* by unpublished per curiam opinion.

[Nos. 53880-2–I; 53681-8–I. Division One. April 25, 2005.]

GINA MCNAUGHTON, *Respondent*, v. RICHARD BROCK, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 03-2-09348-1, Anita L. Farris, J., entered January 9, 2004. *Affirmed* by unpublished opinion per Kennedy, J., concurred in by Grosse and Becker, JJ.

[No. 30168-7-II. Division Two. April 26, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. JERRY D. WIATT, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 01-1-01136-1, Gary Tabor, J., entered March 31, 2003. *Reversed* by unpublished opinion per Bridgewater, J., concurred in by Houghton, J.; Quinn-Brintnall, C.J., dissenting.

[No. 30770-7-II. Division Two. April 26, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. AARON GAVIN TUCK, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 01-8-01327-8, Marywave Van Deren, J., entered August 20, 2003. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Houghton and Bridgewater, JJ.